[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 18, 2009
THOMAS K. KAHN
CLERK

No. 08-16487
Non-Argument Calendar

_____

D. C. Docket No. 08-00157-CR-KD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD WAYNE RAY, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(June 18, 2009)

Before BIRCH, HULL and COX, Circuit Judges.

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Donald Wayne Ray, Jr., in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ray's conviction and sentence are **AFFIRMED**.